In the Matter of CLINTON R. PLACE, Appellant, against GEORGE M. ESTABROOK et al., Constituting the Board of Trustees of the Village of Hempstead, Respondents, Impleaded with Others.

Argued October 4, 1938; decided October 18, 1938.

*Thomas A. Dwyer* for appellant.

*C. H. Tunnicliffe Jones* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.